UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 18-10627-REG |
| | ) | |
| TRINITY INVESTMENT GROUP LLC, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | Rel. Doc. 84 |
| | ) | |
| _____/ | | |

SIGMA RESTAURANTS, INC.'S LIMITED OBJECTION
TO DEBTOR'S MOTION TO ASSUME AND CURE DEBTOR'S INTEREST IN REAL ESTATE SUBLEASE REGARDING 3701 NAVARRE AVE., OREGON, OH 43616, SIGMA RESTAURANTS, INC. (LANDLORD)
_____

**To: The Hon. Robert E. Grant, Chief Judge, United States Bankruptcy Court:**

**NOW COMES** secured creditor, Sigma Restaurants, Inc. ("Sigma"), through its undersigned counsel, and files its limited objection to the Debtor, Trinity Investment Group LLC's ("Debtor" or "Trinity") *Motion to Assume and Cure Debtor's Interest in Real Estate Sublease regarding 3701 Navarre Ave., Oregon, OH 43616, Sigma Restaurants Inc. (Landlord)*, Doc. 84, filed 07/20/18 ("Trinity's Motion"). For its Objection, Sigma submits as follows:

1. As referenced in paragraph 6 of Trinity's Motion, Sigma is the ultimate landlord of the real property located at 3701 Navarre Ave., Oregon, OH 43616 (the "Subject Property") which is the subject of Trinity's Motion.

2. Contrary to the representations set forth in Trinity's Motion, the actual total prepetition arrearage is as follows:

    a. April rent: $3081.62;

    b. CAM arrearages for 2017: $1395.37.

      c. For a **total** prepetition arrearage of **$4476.99**.

3. Accordingly, Sigma objects to Trinity's Motion to the extent it misstates the total arrearage and therefore payment of the amount set forth in Trinity's Motion is insufficient to cure the Arrearage owed to Sigma.

4. Further, Sigma objects to Trinity's Motion on the grounds that curing the arrearage alone will not provide adequate assurance of future performance without the personal guarantee of Mr. Miller, and the corporate guarantee of Vision Investment Group, Inc., the parent company of the Debtor and owner of 81% of the membership interest in the Debtor.

**WHEREFORE**, the Landlord, Sigma Restaurants, Inc. requests that the Court enter an Order denying Trinity's Motion unless

      a. Trinity cures the actual prepetition Arrearage of $4476.99; and

      b. The subject sublease is personally guaranteed by James E. Miller, II and corporately guaranteed by Vision Investment Group, Inc.

Sigma further requests the Court enter all other relief which the Court may deem just or equitable.

Dated: August 3, 2018          Respectfully Submitted,

                                  /s/ Norman A. Abood
                                  Norman A. Abood (OH. Sup. Ct. #0029004)
                                  101 Broadcast Building
                                  136 N. Huron St.
                                  Toledo, OH  43604-1139
                                  Phone: 419-724-3700
                                  Fax:    419-724-3701
                                  E-Mail: norman@nabood.com
                                  *Admitted Pro Hac Vice*
                                  -   Attorney for Sigma Restaurants, Inc.

## CERTIFICATE OF SERVICE

I, Norman A. Abood hereby certify that a true and exact copy of the foregoing was served on the 3rd day of August 2018, through Notice of Electronic filing which provided service upon:

- Adrian Lee Halverstadt, III on behalf of Creditor Bippus State Bank alh@dhrglaw.com

- Daniel A. Cox on behalf of Creditor General Electric Credit Union foreclosure@woodlamping.com

- Daniel J. Skekloff on behalf of Debtor 1 Trinity Investment Group LLC dskekloff@hallercolvin.com, sbledsoe@hallercolvin.com

- Daniel J. Skekloff on behalf of Debtor 1 Vision Investment Group, Inc. dskekloff@hallercolvin.com, sbledsoe@hallercolvin.com

- Harley K. Means on behalf of Creditor Ford Motor Credit Company LLC hkm@kgrlaw.com, cjs@kgrlaw.com

- Leonard W. Copeland on behalf of U.S. Trustee Nancy J. Gargula leonard.w.copeland@usdoj.gov

- Michael P. O'Hara on behalf of Creditor First Merchants Bank mpo@barrettlaw.com Nancy J. Gargula USTPRegion10.SO.ECF@usdoj.gov

- Scot T. Skekloff on behalf of Debtor 1 Trinity Investment Group LLC sskekloff@hallercolvin.com, sbledsoe@hallercolvin.com

- Scot T. Skekloff on behalf of Debtor 1 Vision Investment Group, Inc. sskekloff@hallercolvin.com, sbledsoe@hallercolvin.com

- Thomas P. Yoder on behalf of Creditor First Merchants Bank tpy@barrettlaw.com

**And by first class United States mail, postage prepaid upon:**

Trinity Investment Group LLC, P.O. Box 495, Bluffton, IN 46714-0495

/s/Norman A. Abood
Norman A. Abood