UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                                              CASE NO. 18-10627

TRINITY INVESTMENT GROUP LLC,                    Chapter 11

    Debtor.

## ORDER

At Fort Wayne, Indiana, on __ August 13, 2018

This matter is before the Court on the Debtor's Agreed Motion for Allowance and Immediate Payment of Reinhart Foodservice, L.L.C.'s Administrative Expense Claim pursuant to 11 U.S.C. §503(b)(9) (hereinafter the "Motion"). Following notice to all creditors and parties in interest as required, and the Court being duly advised herein, hereby grants the Motion and it is,

**ORDERED, ADJUDGED AND DECREED** that the Motion is granted. Reinhart Foodservice, L.L.C. is hereby granted an allowed 11 U.S.C. §503(b)(9) claim in the amount of $41,535.53, and Debtor is authorized, but not directed, to make full payment to Reinhart on this claim, within ten (10) days of the entry of this order.

**SO ORDERED.**

                                                                            /s/ *Robert E. Grant*
                                                         Chief Judge, U.S. Bankruptcy Court