UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-10627 |
| | ) | CHAPTER | 11 |
| TRINITY INVESTMENT GROUP, LLC | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

### ORDER CONTINUING HEARING AND EXTENDING DEADLINES

Dated on November 07, 2018

A hearing with regard to the adequacy of the chapter 11 disclosure statement was held in Fort Wayne, Indiana, on November 7, 2018, with Daniel Skekloff, counsel for debtor, Norman Abood, counsel for Sigma Restaurants Inc., and Leonard Copeland, counsel for the United States Trustee, present.

For the reasons stated in open court, the hearing regarding the adequacy of the disclosure statement is continued to **January 9, 2019 at 10:30 a.m.** in Room 2127, Federal Building, 1300 S. Harrison Street, Fort Wayne, Indiana.

By agreement of the parties, the deadline of November 13, 2018 to complete discovery and file a joint pre-trial order regarding Debtor's four motions to assume and cure Debtor's interest in real estate sublease and the objections thereto filed by Sigma is extended to December 13, 2018.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court