UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                               CASE NO. 18-10627

TRINITY INVESTMENT GROUP LLC,         Chapter 11

    Debtor.

### DEBTOR'S MOTION TO APPROVE STIPULATION RESOLVING OBJECTION TO MOTION TO ASSUME AND CURE DEBTOR'S INTEREST IN REAL ESTATE SUBLEASE REGARDING 1654 S. BYRNE RD., TOLEDO, OH 43614, SIGMA RESTAURANTS, INC. (LANDLORD)

To:     The Honorable Robert E. Grant, Chief Judge, United States Bankruptcy Court:

COMES NOW, Trinity Investment Group LLC, Debtor and Debtor-in-Possession, by counsel, and files its Motion to Approve Stipulation Resolving Objection to Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) and states:

1.     On April 13, 2018, Trinity Investment Group LLC filed for relief under chapter 11 of the United States Bankruptcy Code.

2.     Pursuant to U.S.C. §§ 1107 and 1108, Trinity Investment Group LLC is operating and managing its business as a debtor-in-possession.

3.     Sigma Restaurants, Inc. ("Sigma") is the Landlord of real estate commonly known as 1654 S. Byrne Rd., Toledo, OH 43614 upon which the Debtor operates a Subway® restaurant, pursuant to an assignment of the right to operate as more fully described in Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) (the "Motion").

4.     On August 3, 2018, Sigma filed its timely objection to the Motion asserting, *inter alia*, that the arrearage stated by the Debtor was incorrect.

5. Trinity Investment Group LLC and Sigma Restaurants, Inc. have engaged in negotiations regarding the Motion and Sigma's Objection and the parties have reached agreement as set forth below, subject to Bankruptcy Court approval. A copy of their Stipulation Resolving Objection to Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) is attached hereto as Exhibit "A".

6. In summary, the attached Exhibit "A" Stipulation provides as follows:

    a. The aforesaid Motion incorrectly stated the amount of the sublease arrearage to be $3,300.00. The parties to this Stipulation hereby stipulate and agree that the correct amount of the arrearage on the sublease pertaining to 1654 S. Byrne Rd., Toledo, OH 43614 is $5,408.34.

    b. The parties further agree that this Stipulation resolves all objections of Sigma and that, upon the Bankruptcy Court's approval of this Stipulation and the Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord), the Debtor shall pay the cure amount of $5,408.34 to Sigma Restaurants, Inc. as a condition precedent to actual assumption.

7. The Debtor, Trinity Investment Group LLC, and Sigma Restaurants, Inc. assert that approval of the Stipulation Resolving Objection to Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) is in the best interest of the Debtor, the bankruptcy estate and its creditors in that its resolves the issues of the actual arrearage amounts in an economic manner given the rather small

amount in controversy thereby avoiding the costs in attorney fees and delays of otherwise resolving disputes thereon. That is, such resolution efficiently reduces the Debtor's administration which, in turn, is beneficial to the Debtor, the Bankruptcy estate, and its creditors.

WHEREFORE, Debtor requests that the Court enter an order approving the Stipulation Resolving Objection to Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) and for all other relief just and proper in the premises.

>Respectfully submitted,
>
>HALLER & COLVIN, PC
>
>/s/ Daniel J. Skekloff
>
>Daniel J. Skekloff (#146-02)
>444 E. Main Street
>Fort Wayne, IN 46802
>Telephone: (260) 426-0444
>Facsimile: (260) 422-0274
>E-mail: dskekloff@hallercolvin.com
>Attorney for Debtor

## **CERTFICATE OF SERVICE**

The undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on December 13, 2018, to the following:

Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne Street
South Bend, IN 46601

Adrian L. Halverstadt III
DeLANEY HARTBURG ROTH
   & GARROTT LLP
533 Warren Street
P.O. Box 269
Huntington, IN 46750
Attorney for Bippus State Bank

Daniel A. Cox
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Attorney for General Electric Credit Union

Norman A. Abood
101 Broadcast Building
136 N. Huron Street
Toledo, OH 43604-1139
Attorney for Sigma Restaurants, Inc.

The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid on December 13, 2018, to the following:

Trinity Investment Group LLC
c/o James E. Miller, II, President
P.O. Box 495
Bluffton, IN 46714

    /s/ Daniel J. Skekloff
    Daniel J. Skekloff (#146-02)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 18-10627 |
| TRINITY INVESTMENT GROUP LLC, | Chapter 11 |
| Debtor. | |

**STIPULATION RESOLVING OBJECTION TO MOTION TO ASSUME AND CURE DEBTOR'S INTEREST IN REAL ESTATE SUBLEASE REGARDING 1654 S. BYRNE RD., TOLEDO, OH 43614, SIGMA RESTAURANTS, INC. (LANDLORD)**

To: The Honorable Robert E. Grant, Chief Judge, United States Bankruptcy Court:

COMES NOW, Trinity Investment Group LLC, Debtor, and Sigma Restaurants, Inc., Landlord, each by their respective counsel, and hereby submit their Stipulation resolving Sigma Restaurants, Inc.'s Limited Objection to the Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord). Said parties stipulate as follows:

1. Trinity Investment Group LLC ("Debtor") filed for relief under chapter 11 of the United States Bankruptcy Code on April 13, 2018, and has continued as Debtor-in-Possession since that date.

2. Sigma Restaurants, Inc. ("Sigma") is the Landlord of real estate commonly known as 1654 S. Byrne Rd., Toledo, OH 43614 upon which the Debtor operates a Subway® restaurant, pursuant to an assignment of the right to operate as more fully described in Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord) (the "Motion").

3. The aforesaid Motion was filed by the Debtor on July 20, 2018.

4. On August 3, 2018, Sigma filed its timely objection to the Motion.

**EXHIBIT "A"**

5.  The aforesaid Motion incorrectly stated the amount of the sublease arrearage to be $3,300.00.  The parties to this Stipulation hereby stipulate and agree that the correct amount of the arrearage on the sublease pertaining to 1654 S. Byrne Rd., Toledo, OH 43614 is $5,408.34.

6.  The parties further agree that this Stipulation resolves all objections of Sigma and that, upon the Bankruptcy Court's approval of this Stipulation and the Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1654 S. Byrne Rd., Toledo, OH 43614, Sigma Restaurants, Inc. (Landlord), the Debtor shall pay the cure amount of $5,408.34 to Sigma Restaurants, Inc. as a condition precedent to actual assumption.

STIPULATED this 13th day of December, 2018 by:

| /s/ Daniel J. Skekloff | /s/ Norman A. Abood |
|---|---|
| Daniel J. Skekloff (#146-02) | Norman A. Abood (0029004) |
| HALLER & COLVIN, PC | 101 Broadcast Building |
| 444 E. Main Street | 136 N. Huron Street |
| Fort Wayne, IN 46802 | Toledo, Ohio 43604-1139 |
| Telephone: (260) 426-0444 | Telephone: (419) 724-3700 |
| Facsimile: (260) 422-0274 | Facsimile: (419) 724-3701 |
| E-mail: dskekloff@hallercolvin.com | Email: norman@nabood.com |
| Attorney for Debtor | Attorney for Sigma Restaurants, Inc. |

## CERTFICATE OF SERVICE

The undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on December 13, 2018, to the following:

Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne Street
South Bend, IN 46601

Adrian L. Halverstadt III
DeLANEY HARTBURG ROTH
   & GARROTT LLP
533 Warren Street
P.O. Box 269
Huntington, IN 46750
Attorney for Bippus State Bank

Daniel A. Cox
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Attorney for General Electric Credit Union

The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid on December 13, 2018, to the following:

Trinity Investment Group LLC
c/o James E. Miller, II, President
P.O. Box 495
Bluffton, IN 46714

                                                /s/ Daniel J. Skekloff
                                                Daniel J. Skekloff (#146-02)