UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-10627 |
| | ) | CHAPTER | 11 |
| TRINITY INVESTMENT GROUP, LLC | ) | REG/tb | |
| | ) | | |
| Debtor(s) | | | |

**SCHEDULING ORDER**

Dated on  January 09, 2019

A hearing with regard to the adequacy of Debtor's disclosure statement was held at Fort Wayne, Indiana, on January 9, 2019, with Daniel Skekloff, counsel for debtor, Norman Abood, counsel for Sigma Restaurants, Inc., and Leonard Copeland, counsel for the United States Trustee, present.

For the reasons stated in open court:

1. Debtor shall, forthwith, file any amendments to the proposed disclosure statement.

2. The United States Trustee shall file any objection thereto within seven (7) days thereafter.

3. The parties shall jointly file a proposed pre-trial order within twenty-one (21) days. Upon approval of the pre-trial order, the issues raised by the disclosure statement, any amendments, and objections thereto will be set for trial by separate order.

Should the parties determine that this matter can be submitted without trial, they shall file appropriate stipulations of fact and a proposed briefing schedule on or before the date the pre-trial order is due.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court