UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | CASE NO. | 18-10627 |
| ) | CHAPTER | 11 |
| TRINITY INVESTMENT GROUP LLC ) | REG/jd | |
| ) | | |
| ) | | |
| Debtor ) | | |

## ORDER SETTING TRIAL

On February 6, 2019.

The agreed pre-trial order filed on January 30, 2019, is APPROVED.

Trial of the issues raised by debtor's amended disclosure statement is scheduled on **March 20, 2019 at 10:00 a.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana. The court has set aside four (4) hours on its calendar for this matter.

        /s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court