UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    18-10627 |
| | ) | CHAPTER    11 |
| TRINITY INVESTMENT GROUP, LLC | ) | REG/tk |
| | ) | |
| Debtor(s) | | |

## ORDER TO FILE BRIEFS

Dated on March 22, 2019.

Trial with regard to the issues raised by Debtor's proposed disclosure statement and objection thereto filed by Sigma Restaurants was held at Fort Wayne, Indiana, on March 20, 2019, with Daniel Skekloff, counsel for debtor, and Norman Abood, counsel for Sigma Restaurants Inc., present.

Evidence submitted and arguments heard.

The parties shall have twenty-one (21) days within which to simultaneously file post-trial briefs, with a further fourteen (14) days thereafter for any replies. Upon submission of all briefs or the expiration of the briefing schedule, the issues raised by Debtor's disclosure statement and the objection thereto filed by Sigma Restaurants will be taken under advisement.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court