UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-10627 |
| | ) | CHAPTER | 11 |
| TRINITY INVESTMENT GROUP LLC | ) | REG/jd | |
| | ) | | |
| Debtor | ) | | |

**ORDER**

On March 26, 2019.

A pre-trial conference was held in Fort Wayne, Indiana, on March 25, 2019, regarding debtor's objection to claim no. 7 and response thereto filed by Sigma Restaurants, Inc., with Daniel J. Skekloff and Scot Skekloff, counsel for the debtor present in person; and Norman A. Abood, counsel for Sigma Restaurants, Inc., present telephonically.

 All discovery shall be completed within ninety (90) days of this date.

 No later than thirty (30) days prior to the close of discovery, the parties shall jointly file a report indicating whether this matter may be submitted to voluntary mediation (or another form of alternative dispute resolution).  In the event they agree to attempt mediation, this report shall propose any changes to the litigation schedule that may be reasonably necessary to allow mediation to proceed and be accompanied by a proposed order.  If the parties have selected a mediator, the report shall also identify the mediator.

The parties shall jointly file a proposed pre-trial order within one hundred twenty (120) days of this date.

Upon approval of the pre-trial order, the issues raised by debtor's objection to claim no. 7 and response thereto filed by Sigma Restaurants, Inc., will be set for trial by separate order.

SO ORDERED.

_/s/ Robert E. Grant_
Chief Judge, United States Bankruptcy Court