## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Trinity Investment Group LLC<br>45–2395964<br>P.O. Box 495<br>Bluffton, IN 46714 | )<br>)<br>)<br>) Case Number: 18–10627–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On May 17, 2019 , the following entry was made on the docket in this case:

    A status conference was held on May 13, 2019 regarding Debtor's continued use of cash collateral (related document(s)4) with Daniel Skekloff, counsel for debtor, present in person, and Norman Abood, counsel for Sigma Restaurants, present telephonically. The use of cash collateral is moot in light of the judgment in adversary proceeding 18–1067. (tlk)

 

                                                Christopher M. DeToro
                                                Clerk, United States Bankruptcy Court
                                                Federal Building, Room 1188
                                                1300 South Harrison Street
                                                Fort Wayne, Indiana 46802

Document No. 284 – 4