UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-10627 |
| | ) | CHAPTER | 11 |
| TRINITY INVESTMENT GROUP, LLC | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

## SCHEDULING ORDER

Dated on September 06, 2019

A hearing with regard to the issues raised by confirmation of the proposed chapter 11 plan was held at Fort Wayne, Indiana, on September 4, 2019, with Daniel Skekloff, counsel for debtor, Norman Abood, counsel for Sigma Restaurants Inc., and Ellen Triebold, counsel for the United States Trustee, present.

For the reasons stated in open court, the issues regarding Sigma Restaurant's ballot may be submitted on briefs of counsel. Simultaneous briefs regarding that issue shall be filed within fifteen (15) days, with any replies due seven (7) days thereafter. Upon submission of all briefs or the expiration of the briefing schedule, the issues raised by confirmation of the proposed plan and Sigma Restaurant's ballot will be taken under advisement.

Any further proceedings will be set by separate order.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court